# EXHIBIT 3

Case 1:26-cv-02099-LLA   Document 1-3   Filed 06/12/26   Page 2 of 5



Mannirmal Kaur <mannirmal@sikhcoalition.org>

## Letter from the Sikh Coalition Regarding ELP Enforcement

**Lee, Dylan (OST)** <dylan.lee@dot.gov>                                    Wed, May 21, 2025 at 4:00 PM
To: Mannirmal Kaur <mannirmal@sikhcoalition.org>, "advocacy ." <advocacy@sikhcoalition.org>

Good afternoon Mannirmal,

Apologies for the delayed response.

I am writing to confirm receipt of your email and to let you know I have forwarded your letter to the appropriate office within DOT. Thank you.

Best,

**Dylan Lee**

Management and Program Analyst

Departmental Office of Civil Rights | Department of Transportation

(202) 366-7649| *dylan.lee@dot.gov*

---

**From:** Mannirmal Kaur <mannirmal@sikhcoalition.org>
**Sent:** Tuesday, May 20, 2025 3:47 PM
**To:** Lee, Dylan (OST) <dylan.lee@dot.gov>; advocacy . <advocacy@sikhcoalition.org>
**Subject:** Letter from the Sikh Coalition Regarding ELP Enforcement

You don't often get email from mannirmal@sikhcoalition.org. Learn why this is important

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon Dylan,

My name is Mannirmal Kaur, and I'm reaching out on behalf of the Sikh Coalition, the nation's largest Sikh civil rights organization. I believe you've previously been in touch with one of my colleagues here at the Sikh Coalition, Puneet Kaur. I hope this email finds you well.

I'm writing today to share the letter attached here that we have prepared for Secretary Duffy regarding President Trump's recent Executive Order titled "Enforcing Commonsense Rules of the Road for America's Truck Drivers," in which the President calls upon Secretary Duffy to rescind the Department's 2016 guidance on English language proficiency (ELP) enforcement for commercial drivers, and to develop a new guidance in its place.

We certainly support common sense safety measures, including the existing federal requirement that truck drivers possess sufficient English language proficiency to operate on our highways. However, we are invested in ensuring that the Department's new guidance is not misapplied in a way that disproportionately or discriminatorily impacts Sikh or Punjabi truck drivers. To that end, our letter to Secretary Duffy outlines several provisions that we believe the new guidance should include to help mitigate the risk of discriminatory enforcement.

It is our hope that you might be able to share our letter with Secretary Duffy, Acting Deputy Director of the Department's Office of Civil Rights Mark Patino, or other similarly relevant individuals within the Department. Additionally, we would be grateful for the opportunity to discuss our concerns and recommendations with either of them, yourself, and/or anyone else working on civil rights in the Department at present. If you would be able to confirm your receipt of this message, that would be greatly appreciated as well.

Thank you for your time.

Best regards,

--

**Mannirmal (mun-AIR-mull) Kaur, J.D.**
Federal Policy Manager

The Sikh Coalition
She/Her/Hers
mannirmal@sikhcoalition.org

www.sikhcoalition.org
National Office: 165 Broadway Office 2359 New York, NY 10006
Follow us on Facebook, Twitter, LinkedIn, and Instagram



Mannirmal Kaur <mannirmal@sikhcoalition.org>

## Letter from the Sikh Coalition Regarding ELP Enforcement

**Chapman, Livaughn (OST)** <Livaughn.Chapman@dot.gov>                          Tue, May 20, 2025 at 4:27 PM
To: Mannirmal Kaur <mannirmal@sikhcoalition.org>, "Taday, Alex (OST)" <Alex.Taday@dot.gov>, "advocacy ." <advocacy@sikhcoalition.org>

Hello, Mannirmal.  Confirming receipt of your message.

Best regards,

-LC

**From:** Mannirmal Kaur <mannirmal@sikhcoalition.org>
**Sent:** Tuesday, May 20, 2025 3:55 PM
**To:** Taday, Alex (OST) <Alex.Taday@dot.gov>; Chapman, Livaughn (OST) <Livaughn.Chapman@dot.gov>; advocacy . <advocacy@sikhcoalition.org>
**Subject:** Letter from the Sikh Coalition Regarding ELP Enforcement

 You don't often get email from mannirmal@sikhcoalition.org. Learn why this is important

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon Alex and Livaughn,  hope this email finds you both well!

I'm writing to share a letter (attached here) addressed to Secretary Duffy that we just sent to Dylan Lee at the Departmental Office of Civil Rights, an individual you had connected us with a few months ago. The letter addresses President Trump's recent Executive Order titled "Enforcing Commonsense Rules of the Road for America's Truck Drivers," in which the President calls upon Secretary Duffy to rescind the Department's 2016 guidance on English language proficiency (ELP) enforcement for commercial drivers, and to develop a new guidance in its place.

We certainly support common sense safety measures, including the existing federal requirement that truck drivers possess sufficient English language proficiency to operate on our highways. However, we are invested in ensuring that the Department's new guidance is not misapplied in a way that disproportionately or discriminatorily impacts Sikh or Punjabi truck drivers. To that end, our letter to Secretary Duffy outlines several provisions that we believe the new guidance should include to help mitigate the risk of discriminatory enforcement.

It is our hope that Dylan might be able to share our letter with Secretary Duffy, Acting Deputy Director of the Department's Office of Civil Rights Mark Patino, or other similarly relevant individuals within the Department. Additionally, we would be grateful for the opportunity to discuss our concerns and recommendations with either of them, yourselves, and/or anyone else working on civil rights in the Department at present. If you would be able to confirm your receipt of this message, that would be greatly appreciated as well.

Thank you for your time.


Best regards,



--

**Mannirmal (mun-AIR-mull) Kaur, J.D.**
Federal Policy Manager

The Sikh Coalition
She/Her/Hers
mannirmal@sikhcoalition.org


www.sikhcoalition.org
National Office: 165 Broadway Office 2359 New York, NY 10006
Follow us on Facebook, Twitter, LinkedIn, and Instagram