# EXHIBIT 6



**Mannirmal Kaur <mannirmal@sikhcoalition.org>**

## Hello Mr. Kaur

**Mahorney, Bill (FMCSA)** <Bill.Mahorney@dot.gov>                    Fri, May 30, 2025 at 12:02 PM
To: "mannirmal@sikhcoalition.org" <mannirmal@sikhcoalition.org>

Sir,   I just wanted to let you know that a response to your initial communication has been prepared and is in departmental review at this time.

Thank you

Bill Mahorney

Chief, Enforcement