# EXHIBIT 7



Mannirmal Kaur <mannirmal@sikhcoalition.org>

# Hello Mr. Kaur

**Mahorney, Bill (FMCSA)** <Bill.Mahorney@dot.gov>                      Fri, May 30, 2025 at 2:43 PM
To: Mannirmal Kaur <mannirmal@sikhcoalition.org>, Graham West <graham@sikhcoalition.org>

Thank you Sir!

---

**From:** Mannirmal Kaur <mannirmal@sikhcoalition.org>
**Sent:** Friday, May 30, 2025 2:34 PM
**To:** Mahorney, Bill (FMCSA) <Bill.Mahorney@dot.gov>; Graham West <graham@sikhcoalition.org>
**Subject:** Re: Hello Mr. Kaur

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon Mr. Mahorney,

Thank you for reaching out with this update—we will be sure to keep an eye out for the response.

Best regards,

Mannirmal Kaur

On Fri, May 30, 2025 at 12:02 PM Mahorney, Bill (FMCSA) <Bill.Mahorney@dot.gov> wrote:

> Sir,   I just wanted to let you know that a response to your initial communication has been prepared and is in departmental review at this time.
>
> Thank you
>
> Bill Mahorney
>
> Chief, Enforcement

--

**Mannirmal (mun-AIR-mull) Kaur, J.D.**
Senior Federal Policy Manager

The Sikh Coalition
She/Her/Hers
mannirmal@sikhcoalition.org


www.sikhcoalition.org
National Office: 165 Broadway Office 2359 New York, NY 10006
Follow us on Facebook, Twitter, LinkedIn, and Instagram