# EXHIBIT 8

Sikh Coalition Mail - Hello Mr. Kaur



**Mannirmal Kaur <mannirmal@sikhcoalition.org>**

## Hello Mr. Kaur

| | |
|---|---|
| **Mannirmal Kaur** <mannirmal@sikhcoalition.org> | Mon, Jun 23, 2025 at 1:20 PM |

To: "Mahorney, Bill (FMCSA)" <Bill.Mahorney@dot.gov>
Cc: Graham West <graham@sikhcoalition.org>

Good afternoon Mr. Mahorney, I hope this email finds you well.

I wanted to check in and see if there is an update regarding the response, or if there is a ballpark estimate you might be able to provide as to when we can expect it.

Thank you!

-Mannirmal

[Quoted text hidden]