# EXHIBIT 9



Jennifer Weatherly
Federal Motor Carrier Safety Administration (FMCSA)
1200 New Jersey Ave., SE
W66-303
Washington, DC 20590

**Via Electronic Mail**

Re: FOIA Request

Dear Ms. Weatherly:

This is a request under the Freedom of Information Act. On behalf of the Sikh Coalition, a U.S.-based 501(c)(3) nonprofit civil rights organization, I am requesting the following records:

- An unredacted copy of Internal Agency Enforcement Policy, "English Language Proficiency Under 49 CFR § 391.11(b)(2) (MC-SEE-2025-0001)," from Philip W. Thomas, Deputy Associate Administrator for Safety, to all FMCSA Staff, May 20, 2025.
- Unredacted versions of documents attached to the above-mentioned Internal Agency Enforcement Policy:
    - Attachment 1, "Strategies for Communication with Non-Native Speakers of English and Examples of Driver Interview Questions," and
    - Attachment 2, "Highway Traffic Sign Examples."

With regard to potential fees, the Sikh Coalition falls in the "All Other" fee category. As a nonprofit civil rights organization, we do not fall into any of the other three categories (commercial requesters, educational or noncommercial scientific institutions, or representatives of the news media).

Fee Waiver Request

We are requesting a fee waiver because disclosure of the requested documents is in the public interest as disclosure is likely to contribute significantly to the public understanding of the operations and activities of the government. Further, disclosure of the requested information is not in any commercial interest of the Sikh Coalition (the requester).



**National Office:** 165 Broadway, Office 2359 | New York, NY 10006
t:  212.655.3095  |  f:  212.208.4611
**www.sikhcoalition.org**



The Sikh Coalition was founded in the immediate aftermath of September 11, 2001, in response to a torrent of hate crimes, discrimination, profiling, and bullying against members of the Sikh religious community throughout the United States. Our mission since then has been to work towards a world where Sikhs and other religious communities in America can freely practice their faith without bias and discrimination, including in the trucking industry.

Our work on behalf of the Sikh trucking community includes our landmark religious discrimination settlement[1] with JB Hunt, one of the largest trucking companies in the United States, and our publication and dissemination of resources for Sikh truck drivers.[2] We believe there is significant public interest in the unredacted versions of the requested documents. Our objective in requesting the documents is to review them to ensure that they provide adequate provisions to mitigate any risk of profiling or other discrimination against truck drivers during the course of English Language Proficiency (ELP) enforcement, and potentially inform our publicly available resources. If we receive the unredacted documents, our use of them will be limited to advocacy and community education efforts in furtherance of Sikh civil rights, and not for our organization's own financial gain.

1. **The subject matter of the requested records concerns the operations or activities of the Federal Government.** The requested documents establish the federal government's instructions for FMCSA personnel conducting roadside inspections.
2. **The disclosure is likely to contribute to an understanding of Federal Government operations or activities.** The requested documents would contribute to an understanding of ELP assessment procedures and instructions for FMCSA personnel carrying out ELP assessments during roadside inspections.
3. **The disclosure of the requested information will contribute to the public's understanding at large, as opposed to the understanding of the individual requester or a narrow segment of interested persons.** As stated above, our organization publishes and disseminates resources for Sikh truck drivers, including a know your rights resource for truck drivers. These resources are publicly available on our website, and have been disseminated to members of the Sikh community so that they might be shared at gurdwarae (Sikh houses of worship), truck stops, and

---

[1] "JB Hunt Settlement," the Sikh Coalition, https://www.sikhcoalition.org/our-work/legal-and-policy/jb-hunt-settlement/.

[2] "Resources for Sikh Truck Drivers," the Sikh Coalition, https://www.sikhcoalition.org/our-work/ending-employment-discrimination/resources-for-sikh-truck-drivers/



**National Office**: 165 Broadway, Office 2359 | New York, NY 10006
t: 212.655.3095 | f: 212.208.4611
**www.sikhcoalition.org**



trucking schools. They are also not specific to the Sikh community, and contain useful guidance for truck drivers of any religious or racial background. The information in the requested documents will help inform us as we update these public resources.

4. **The contribution to public understanding of Federal Government operations or activities will be significant.** As of July 8, 2025, the publicly available versions of the requested documents are significantly redacted, to the extent that they provide little information on how FMCSA personnel will evaluate drivers' ELP. Unredacted versions of all three documents would contain details that the public currently does not have access to regarding how the government is instructing FMCSA roadside inspectors to (1) assess drivers' ability to respond in English, (2) evaluate drivers' ability to sufficiently understand highway traffic signs, and (3) communicate with non-native English speakers.

5. **The Sikh Coalition, as the requester, does not have a commercial interest that would be furthered by the requested disclosure or that the magnitude of any identified commercial interest to the requester is not sufficiently large in comparison with the public interest in disclosure to render the disclosure one that is primarily in the commercial interest of the requester.** The Sikh Coalition's use of the requested documents would be limited to our functions as a nonprofit organization, and would not further any commercial interests.

Based on our understanding of the waiver system, the Sikh Coalition does not anticipate needing to pay for fulfillment of this request. If we have reached this conclusion in error, we are willing to have a discussion about any necessary fee.

If you have any questions regarding this request, please contact me.

Sincerely,

*Sahel Sra*

Sahel K. Sra
Senior Staff Attorney
The Sikh Coalition
(646) 628-4218
sahel@sikhcoalition.org



**National Office:** 165 Broadway, Office 2359 | New York, NY 10006
t:  212.655.3095  |  f:  212.208.4611
**www.sikhcoalition.org**