# EXHIBIT 10



**US Department
Of Transportation**

**Federal Motor Carrier
Safety Administration**

**1200 New Jersey Ave., SE
Washington, D.C. 20590**

July 9, 2025
**FOIA Control Number: FMCS-2025-07153**

Sahel K. Sra
The Sikh Coalition
165 Broadway
New York, NY  10006
sahel@sikhcoalition.org

Dear Sahel Sra:

This letter acknowledges receipt of your Freedom of Information Act (FOIA) request dated, July 8, 2025 requesting An unredacted copy of Internal Agency Enforcement Policy, "English Language Proficiency Under 49 CFR § 391.11(b)(2) (MC-SEE-2025-0001)," from Philip W. Thomas, Deputy Associate Administrator for Safety, to all FMCSA Staff, May 20, 2025. & Unredacted versions of documents attached to the above-mentioned Internal Agency Enforcement Policy: ? Attachment 1, "Strategies for Communication with Non-Native Speakers of English and Examples of Driver Interview Questions," and ? Attachment 2, "Highway Traffic Sign Examples.". Your request was received on July 8, 2025.

The FMCSA FOIA Office is currently experiencing exceptional circumstances in that due to the volume of FOIA requests received, we are working to reduce a 9-to-11-month backlog of requests in addition to processing current requests (see 49 C.F.R. § 7.34(c)).  Under the FMCSA's first-in-first-out method of processing FOIA requests, then, processing your FOIA request may take up to 11 months, however, could be sooner.   We continue to try to shorten that processing time.

Should the search, review, and photocopy fees associated with processing your request exceed $25.00, you will receive advance notification from our office.  Please note, when we respond to your request for records, they may be sent to you through our Secure Large File Transfer System (SLFTS).  In order to download the records, you will be required to create an account.  If you have any questions you can contact us at **foia2@dot.gov**.

If you have any questions regarding the status of your request, please contact our FOIA Request Service Center at (202) 366-2960 or email at **foia2@dot.gov**.  Please be sure to refer to the FOIA Control Number listed above, in your correspondence.  For more information, you may visit our website at http://www.fmcsa.dot.gov/foia.

Sincerely,

//Signed//
Jennifer Weatherly
Freedom of Information Act Officer