# EXHIBIT 11

**FOIA Control Number: FMCS-2025-07153**

September 30, 2025

Jennifer Weatherly, Freedom of Information Act Officer
Federal Motor Carrier Safety Administration (FMCSA)
1200 New Jersey Ave., SE
W66-303
Washington, DC 20590

**Via Electronic Mail**

**Re: Alternative Timeline Request**

Dear Ms. Weatherly ,

I write to you on behalf of the Sikh Coalition regarding your July 9 response to the Freedom of Information Act (FOIA) request that we submitted on July 8, **FMCS-2025-07153,** for the following records:

- An unredacted copy of Internal Agency Enforcement Policy, "English Language Proficiency Under 49 CFR § 391.11(b)(2) (MC-SEE-2025-0001)," from Philip W. Thomas, Deputy Associate Administrator for Safety, to all FMCSA Staff, May 20, 2025

- Unredacted versions of documents attached to the above-mentioned Internal Agency Enforcement Policy:
    - Attachment 1, "Strategies for Communication with Non-Native Speakers of English and Examples of Driver Interview Questions," and
    - Attachment 2, "Highway Traffic Sign Examples."

Your response dated July 9 states that it may take the FMCSA FOIA Office up to 11 months to process our request due to the exceptional volume of FOIA requests that your office has received, which has caused a 9-to-11 month backlog. 5 U.S.C. § 552 requires agencies to make a determination whether to comply with a request within 20 business days, and to immediately notify the person making the request of the reasons for the determination, the right to seek assistance from the FOIA public liaison, and, in the case of an adverse decision, the right to appeal and seek dispute resolution services.[1] Accordingly, FMCSA should have

---

[1] 5 U.S.C. § 52(a)(6)(A)

informed us of its determination as to whether or not it will comply with our request on or before August 5th, which it did not do.

**We hereby seek an alternative time for processing our request.** In light of FMCSA's response to extend the 20 business day deadline, it should have either provided us with an opportunity to limit the scope of the request so that it may be processed within that time limit, or an opportunity to arrange with the agency an alternative time frame for processing the request or a modified request.[2]  Because our FOIA seeks only the unredacted version of three recently published documents totaling 11 pages, and because those documents should be readily available, our request is already narrow and limited. We propose that your office produce the documents within six weeks, on or before November 11, 2025. This timeline is reasonable in light of the nature of our request and the 59 business days FMSCA has had to respond to our request.

We look forward to hearing from you as to the next steps in arranging for an alternative time frame for processing our document request. If there is any information or documentation you need for us to initiate this process, please let us know. I am available at (646) 628-4218.

Best regards,

*Sahel Sra*

Sahel K. Sra
Senior Staff Attorney
The Sikh Coalition
(646) 628-4218
sahel@sikhcoalition.org

---

[2] 5 U.S.C. § 52(a)(6)(B)(ii)