# EXHIBIT 12

Case 1:26-cv-02099-LLA   Document 1-12   Filed 06/12/26   Page 2 of 2



**Mannirmal Kaur <mannirmal@sikhcoalition.org>**

## Fwd: FMCSA Acknowledgement Letter_Complex - FMCS-2025-07153

**Sahel Sra** <sahel@sikhcoalition.org>                                Wed, Oct 1, 2025 at 9:24 AM
To: Mannirmal Kaur <mannirmal@sikhcoalition.org>

---------- Forwarded message ---------
From: **FOIA (FMCSA)** <FOIA2@dot.gov>
Date: Wed, Oct 1, 2025 at 8:02 AM
Subject: RE: FMCSA Acknowledgement Letter_Complex - FMCS-2025-07153
To: Sahel Sra <sahel@sikhcoalition.org>

The FMCSA FOIA Office is currently experiencing exceptional circumstances in that due to the volume of FOIA requests received, we are working to reduce a 9-to-11-month backlog of requests in addition to processing current requests (see 49 C.F.R. § 7.34(c)). Under the FMCSA's first-in-first-out method of processing FOIA requests, then, processing your FOIA request may take up to 11 months, however, could be sooner. Please keep in mind that this is an estimate.

---

**From:** Sahel Sra <sahel@sikhcoalition.org>
**Sent:** Tuesday, September 30, 2025 4:33 PM
**To:** FOIA (FMCSA) <FOIA2@dot.gov>
**Cc:** Garrett, Jaime (FMCSA) <jaime.garrett@dot.gov>
**Subject:** Re: FMCSA Acknowledgement Letter_Complex - FMCS-2025-07153

You don't often get email from sahel@sikhcoalition.org. Learn why this is important

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]