# EXHIBIT 13

Case 1:26-cv-02099-LLA    Document 1-13    Filed 06/12/26    Page 2 of 3



**Mannirmal Kaur <mannirmal@sikhcoalition.org>**

## Fwd: FMCSA Acknowledgement Letter_Complex - FMCS-2025-07153

**FOIA (FMCSA)** <foia2@dot.gov>                                                          Thu, Apr 16, 2026 at 8:24 AM
To: Mannirmal Kaur <mannirmal@sikhcoalition.org>

   The FMCSA FOIA Office is currently experiencing exceptional circumstances in that due to the volume of FOIA requests received, we are working to reduce a 9-to-11-month backlog of requests in addition to processing current requests (see 49 C.F.R. § 7.34(c)). Under the FMCSA's first-in first-out method of processing FOIA requests, then, processing your FOIA request may take up to 11 months.  Your request is still in our queue waiting to be selected for processing.

On Wed, Apr 15, 2026 at 3:52 PM Mannirmal Kaur <mannirmal@sikhcoalition.org> wrote:
> Good afternoon Ms. Weatherly,
>
> It has been nine months since we submitted our request (FOIA Control Number: FMCS-2025-07153) for three specific records within FMCSA's possession. This message is to inform you that if we do not receive notification that our request has been processed by this Friday, April 17, we will be filing a complaint in federal court to compel compliance with the Freedom of Information Act.
>
> Best regards,
>
> Mannirmal Kaur
> Senior Federal Policy Manager
> The Sikh Coalition
> She/Her/Hers
> mannirmal@sikhcoalition.org
>
> On Tue, Sep 30, 2025 at 4:32 PM Sahel Sra <sahel@sikhcoalition.org> wrote:
>> Dear Ms. Weatherly,
>>
>> The Sikh Coalition respectfully submits the attached request for an alternative time frame for the processing of our July 8 document request (FMCS-2025-07153), in response to your July 9 letter. If any additional information is required from us, please let us know. Additionally, if you could kindly confirm receipt of this correspondence, that would be greatly appreciated.
>>
>> Best regards,
>>
>> --
>> **Sahel K. Sra**
>> Managing Attorney
>> The Sikh Coalition
>> she/her
>> (646) 628-4218
>> sahel@sikhcoalition.org
>>
>> www.sikhcoalition.org
>> National Office: 165 Broadway, 23rd Floor New York, NY 10006
>> Follow us on Facebook, Twitter, LinkedIn, and Instagram
>>
>>
>> On Wed, Jul 9, 2025 at 9:53 AM <jaime.garrett@dot.gov> wrote:
>>
>>
>> --
>> **Mannirmal (mun-AIR-mull) Kaur, J.D.**
>> Senior Federal Policy Manager
>> The Sikh Coalition
>> She/Her/Hers

mannirmal@sikhcoalition.org

www.sikhcoalition.org
National Office: 165 Broadway Office 2359 New York, NY 10006
Follow us on Facebook, Twitter, LinkedIn, and Instagram